# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Sheila Mae Travers-Sheik | COURT CASE NUMBER: 05-11631-GAO |
| DEFENDANT: Habit Management Institute | TYPE OF PROCESS: Subpoena S/C |

FILED IN CLERKS OFFICE 2005 NOV 10  
U.S. DISTRICT COURT DISTRICT OF MASS

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Habit Management Institute

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 20 Forsyth Av Yarmouth 02664

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Sheila M Travers-Sheik  
P.O. Box 743  
E. Falmouth MA 02536

Number of process to be served with this Form - 285:  
Number of parties to be served in this case: 4  
Check for service on U.S.A.:

2005 OCT 14

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

I Sheila M Travers-Sheik request that each Defendant and my self take a polygraph or lie detector or any form of truth detectors, before the trail. There will be more number of parties I will be requesting.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
Sheila M Travers-Sheik  
TELEPHONE NUMBER: (508) 540-2893  
DATE: Oct 14, 2005

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | Nancy Salavere | 10/4/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): **Nick Mazzoni (Dir)**

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/08/05  Time: 12:05 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 157.50 | 54.75 | | 212.25 | | | |

REMARKS: 3.5 hr

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of            Massachusetts

Sheila Mae Travers-Sheik,
Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

Habit Management Institute,
Defendant.

CASE NUMBER: C.A. No. 05-11631-GAO

TO: (Name and address of Defendant)

Habit Management Institute

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sheila Mae Travers-Sheik, pro se

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton
CLERK

(By) DEPUTY CLERK

DATE  9/26/05