FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts

2006 MAY 12 B 11:25

U.S. DISTRICT COURT
DISTRICT OF MASS.

Sheila M Travers - Sheik
Plantiff

           Civil Action
v       No. 05-11631 GAO

Habit Management, Inc.,
Defendant


Motion for Appointment of Counsel

I would like to request for the Court to appointe me an attorney (Sheila Mae Travers - Sheik) I have seeked out for an attorney but unfortunately they were far beyond my means. I would truly appreciate an attorney to be appointed to me.

Signature Sheila M Travers Sheik

Name    Sheila M Travers - Sheik
Address   7 Jonathan Lane
           P.O. Box 743
           E. Falmouth MA 02536
Phone     (508) 540-2893