FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts

2006 MAY 12 P 1:02

U.S. DISTRICT COURT
DISTRICT OF MASS.

Sheila M TEAVEES - Sheik

V.                          Civil Action
                            No. 05- 11631 GAO

Habit Management, Inc.,
Defendant

1. Plaintiff Sheila MAE TEAVEES - Sheik
is a resident E. Falmouth MA
Zip Code 02536 and citizen
of the United States.

2. The Defendant Habit Management,
Inc., 20 Forsyth Ave Yarmouth
02664

3. Defendant Dick Mazzoni
is a resident of Mashpee,
Massachusetts and citizen of
the United States.

4. Defendant Linda Fraunfeltee is a resident of Yarmouth, Massachusetts and a citizen of the United States

5. Defendant Dan O'Leary is a resident of Yarmouth, Massachusetts and a citizen of the United States.

6. Defendant Het Eisneee is a resident of Yarmouth, Massachusetts and a citizen of the United States

7. Defendant Feed Riley is a resident of Falmouth, Massachusetts and a citizen of the United States.

8. The Defendant Patty Champ is a resident of Yarmouth, Massachusetts and a citizen of the United States.

9. The Defendant Janet Police is a resident of Barnstable of Massachusetts and a citizen of United States

## Jurisdiction

1) Section 504 of Rehabilitation Act of 1973 (29 U.S.C. 791), Prohiting discriminating on the basis of handicap Condition.

2) Section 704 (a) of Title VII Prohits retaliation against an employee "because he or She opposed any Practice made a charged, testified, assisted or Participated in any manner in an investigation, Proceeding, or hearing."

3) Section 717 of civil rights Act of 1964 (42 U.S.C. 2000e --16), Prohibiting discrimination on the basis of race, color, religion, sex or National Origin

4) Hostile Environment that Caused involuntary resignation.

5) Massachusetts
   Mass. Gen. Laws ch. 149 § 19 Using intimidation or foece to Prevent or attempt to Prevent Some one from obtaining or Continue employment.

## Facts

On November 18, 2002 I went to the Commission Against Discrimination and filed a complaint against my former Boss Linda Fraunfeltee, and two cowoekers, and a Security quaed.

I filed a complaint because they discriminated against me on my race, origin, my last name Sheik, and they harassed me and intimated because I attempted Suicide. I was Never granted foe any job position that was open, which I did applied foe even thou I have college education foe these positions.

Habit Management retaliated against me because I went to the Commission Against Discrimination and cut my hours and demoted me, humilated by using my attempted suicide. On December 19, 2002 Linda Fraunfeltee my former boss stated that I was Never allowed to woek on the CPA (even thou I have been working on it over a yeae and half) we don't

want some one who attempted
Suicide to work on the CPA.
I ran to my Head Boss Mr.
Dick Mazzoni for help but all
he could say to me, you look
angry, well your angry with
the wrong person. The climate
was so hostile at Habit Management
on December 19, 2002, I was
forced to resigned but it
was Involuntary Resignation.
I had to seek out medical
attention before I left Habit
Management (My bosses made
the enviroment so hostile once
they found out that I went
to the Commission Against
Discrimination) and even after
I left Habit Management.


I am Seeking for Punitive
damage and Compensation of
$ 5,000,000.00 dollars.
Five million dollars.

Signature   Sheila m Treavers-Sheik

Name      Sheila MAE Treavers-Sheik
Address   7 Jonathan Lane
          P.O. Box 743
          E. Falmouth MA  02536

Telephone  (508) 540-2893