UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
SHEILA MAE TRAVERS-SHEIK,            )
                                    )
            Plaintiff,               )
                                    )   C.A. No. 05-11631 GAO
v.                                   )
                                    )
HABIT MANAGEMENT INSTITUTE (sic),    )
                                    )
            Defendant                )
_____)

### DEFENDANT'S EMERGENCY MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND EXTEND CERTAIN DISCOVERY DEADLINES

Defendant Habit Management, Inc., hereby moves this Honorable Court, on an emergency basis,[1] for an extension of time to answer or otherwise respond to Plaintiff Sheila Mae Travers-Sheik's Amended Complaint until June 9, 2006, and to extend certain written discovery deadlines. As grounds for this extension, Defendant states as follows:

1. Plaintiff filed her Complaint on July 28, 2005.

2. Defendant filed an Answer to the Complaint on November 28, 2005.

3. On April 13, 2006, Defendant submitted a proposed Local Rule 16.1(D) Statement, which suggested the following relevant deadlines:

    a. Non-expert written discovery will be served no later than May 27, 2006; and

---

[1] Defendant files this Motion as an Emergency Motion because, at this time, it must answer or otherwise respond to the Amended Complaint by May 26, 2006, and the 14-day period for Plaintiff to respond to this Motion will not expire until June 5, 2006. L.R. 7.1(B)(2). Thus, Defendant asks the Court to rule on this Motion as soon as possible.

      b.      Responses and objections will be served to non-expert written discovery no later than July 7, 2006.

    4.      The Court held a scheduling conference on April 20, 2006. At that conference, the Court instructed Plaintiff to file an Amended Complaint by May 20, 2006.

    5.      Plaintiff served her Amended Complaint on Defendant on May 16, 2006.

    6.      Defendant's deadline to answer or otherwise respond to Plaintiff's Amended complaint is May 26, 2006. Fed. R. Civ. P. 15(a).

    7.      Defendant respectfully requests a 14-day extension of time, until June 9, 2006, to answer or otherwise respond to the Amended Complaint. Defendant requires this additional time to investigate new facts and new claims asserted in the Amended Complaint, as well as the identification of seven individual defendants, most of whom have never been identified in connection with this matter prior to being named in the Amended Complaint.

    8.      Defendant also respectfully requests that the Court extend the following deadlines identified in the Local Rule 16.1(D) Statement with respect to written discovery:

      a.      The deadline to submit non-expert written discovery should be extended until June 30, 2006; and

      b.      The deadline to respond and object to non-expert written discovery should be extended until August 7, 2006.

    9.      This is the Defendant's first request for extension of deadlines.

    10.      Neither party will be prejudiced by the extension of deadlines.

11.     Defendant certifies that it attempted, in good faith, to confer with Plaintiff by telephone about extending these deadlines, but to date, Plaintiff has not responded. L.R. 7.1(A)(2).

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and order the following new deadlines:

1.     Defendant must answer or otherwise respond to Amended Complaint by June 9, 2006;

2.     Non-expert written discovery must be served by the parties by June 30, 2006;

3.     Objections and responses to non-expert written discovery must be served by August 7, 2006.

Respectfully submitted,

HABIT MANAGEMENT, INC.

By its attorneys,

/s/ Jennifer C. Tucker
Jennifer C. Tucker (BBO #547944)
Anita M. Polli (BBO #552567)
Littler Mendelson PC
One International Place
Suite 2700
Boston, MA  02110
(617) 378-6000

-4-

## Certificate of Service

    I, Jennifer Catlin Tucker, hereby certify that I delivered a copy of this electronically filed Motion for Enlargement of Time by certified mail on May 22, 2006, postage pre-paid, to Sheila Mae Travers-Sheik, 7 Jonathan Lane, P.O. Box 743, East Falmouth, MA 02536.

                                                  /s/ Jennifer C. Tucker
                                                  Jennifer Catlin Tucker

Firmwide:81121163.1 050742.1002