UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                 )
SHEILA MAE TRAVERS-SHEIK,     )
                                                 )
          Plaintiff,     )
                                                 )     C.A. No. 05-11631 GAO
v.     )
                                                 )
HABIT MANAGEMENT INSTITUTE (sic),     )
                                                 )
          Defendant     )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of David M. Jaffe of the law firm Littler Mendelson, P.C. as counsel of record for Defendant Habit Management, Inc. ("HMI") in the above-captioned action. David M. Jaffe represents HMI together with lead counsel, Jennifer C. Tucker of Littler Mendelson, P.C.

                                          Respectfully submitted,

                                          HABIT MANAGEMENT, INC.,

                                          By its attorneys,

                                          /s/ David M. Jaffe
                                          Jennifer C. Tucker (BBO #547944)
                                          Anita M. Polli (BBO #552567)
                                          David M. Jaffe (BBO #641610)
                                          Littler Mendelson PC
                                          One International Place
                                          Suite 2700
                                          Boston, MA  02110
                                          (617) 378-6000

Dated:  May 31, 2006

-2-

## Certificate of Service

    I, Jennifer Catlin Tucker, hereby certify that I delivered a copy of the foregoing electronically filed Notice of Appearance via first class mail on May 31, 2006, postage pre-paid, to Sheila Mae Travers-Sheik, 7 Jonathan Lane, P.O. Box 743, East Falmouth, MA 02536.

                                                                 /s/ David M. Jaffe
                                                                 David M. Jaffe

Firmwide:81153235.1 050742.1002