*Document Electronically Filed*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
SHEILA MAE TRAVERS-SHEIK,                 )
                                          )
            Plaintiff,                    )
                                          )   C.A. No. 05-11631 GAO
v.                                        )
                                          )
HABIT MANAGEMENT INSTITUTE (sic),         )
                                          )
            Defendant                     )
_____)

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Defendant Habit Management, Inc. ("HMI"), by its undersigned counsel, states as follows:

1. HMI is wholly owned by Habit Management Massachusetts Business Trust.

2. There is no publicly-held company that owns ten percent or more of HMI.

Respectfully submitted,

HABIT MANAGEMENT, INC.

By its attorneys,

/s/ David M. Jaffe
Jennifer C. Tucker (BBO #547944)
Anita M. Polli (BBO #552567)
David M. Jaffe (BBO #641610)
Littler Mendelson PC
One International Place
Suite 2700
Boston, MA  02110
(617) 378-6000

-2-

## Certificate of Service

    I, Jennifer Catlin Tucker, hereby certify that I delivered a copy of this electronically filed Corporate Disclosure via certified mail on June 1, 2006 postage pre-paid, to Sheila Mae Travers-Sheik, 7 Jonathan Lane, P.O. Box 743, East Falmouth, MA 02536.

                                                        /s/ David M. Jaffe
                                                        David M. Jaffe

Firmwide:81148880.1 050742.1002