UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA MAE TRAVERS-SHEIK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HABIT MANAGEMENT INSTITUTE (sic), )<br>)<br>Defendant ) | C.A. No. 05-11631 GAO |

### DEFENDANT HABIT MANAGEMENT, INC'S MOTION TO DISMISS

Defendant Habit Management, Inc. ("Defendant" or "HMI")[1] hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss with prejudice the claims Plaintiff Sheila Mae Travers-Sheik ("Plaintiff") makes against HMI in her Amended Complaint in this action.

The facts, arguments and authorities in support of this Motion are fully set forth in HMI's Memorandum of Law in Support of its Motion to Dismiss, which is filed contemporaneously with this Motion and is incorporated herein by reference.

WHEREFORE, HMI moves to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice.

---

[1] Plaintiff has misidentified HMI in the caption of this matter as "Habit Management Institute."

Respectfully submitted,

HABIT MANAGEMENT, INC.

By its attorneys,

/s/ Jennifer C. Tucker
Jennifer C. Tucker (BBO #547944)
David M. Jaffe (BBO #641610)
Littler Mendelson PC
One International Place
Suite 2700
Boston, MA  02110
(617) 378-6000

## Certificate of Service

I, Jennifer Catlin Tucker, hereby certify that I delivered a copy of this electronically filed Motion to Dismiss by certified mail on June 9, 2006, postage pre-paid, to Sheila Mae Travers-Sheik, 7 Jonathan Lane, P.O. Box 743, East Falmouth, MA 02536.

/s/ Jennifer C. Tucker
Jennifer Catlin Tucker

Firmwide:81173463.1 050742.1002