UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA MAE TRAVERS-SHEIK,<br><br>Plaintiff,<br><br>v.<br><br>HABIT MANAGEMENT INSTITUTE (sic),<br><br>Defendant | C.A. No. 05-11631 GAO |

**DEFENDANT HABIT MANAGEMENT, INC'S MOTION TO STRIKE
PLAINTIFF'S PURPORTED OPPOSITION TO HMI'S MOTION TO DISMISS**

Defendant Habit Management, Inc. ("Defendant" or "HMI") hereby moves this Honorable Court, pursuant to Fed. R. Civ. P. 12(f), to strike, in its entirety, the pleading filed by Plaintiff Sheila Mae Travers-Sheik ("Plaintiff") on June 20, 2006 (the "Filing"). Although the pleading bears no title, HMI believes that Plaintiff filed this pleading in opposition to its Motion to Dismiss Plaintiff's Amended Complaint.

The facts, arguments and authorities in support of this Motion are fully set forth in HMI's Memorandum of Law in Support of its Motion to Strike Plaintiff's Purported Opposition to HMI's Motion to Dismiss, which is filed contemporaneously with this Motion and is incorporated herein by reference.

WHEREFORE, HMI moves to strike Plaintiff's Purported Opposition to HMI's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(f). Alternatively, if the Court concludes that Plaintiff's Filing, or any portion of it, should not be stricken, HMI seeks leave to

file a reply brief to whatever portion of the Filing is not stricken.

Dated: July 10, 2006

                                    Respectfully submitted,

                                    HABIT MANAGEMENT, INC.

                                    By its attorneys,

                                    /s/ David M. Jaffe
                                    Jennifer C. Tucker (BBO #547944)
                                    David M. Jaffe (BBO #641610)
                                    Littler Mendelson PC
                                    One International Place
                                    Suite 2700
                                    Boston, MA  02110
                                    (617) 378-6000

### Certificate of Service

I, Jennifer Catlin Tucker, hereby certify that I delivered a copy of this electronically filed Motion to Strike by certified mail on July 10, 2006, postage pre-paid, to Sheila Mae Travers-Sheik, 7 Jonathan Lane, P.O. Box 743, East Falmouth, MA 02536.

                                    /s/ Jennifer C. Tucker
                                    Jennifer Catlin Tucker

Firmwide:81284533.1 050742.1002