Amended Complaint

Sheila M Travers - Sheik

IN CLERK'S OFFICE

v.    C.A. To U.S. DISTRICT ... GAO

05-11631 GAO

Habit Management Institute (sic)
&
Cape Way Patrol Protective Service

1. The Plaintiff Sheila M Travers-Sheik
7 Jonathan Lane   P.O. Box 743
East Falmouth MA 02536
United States Citizen

2. a) Habit Management Institute (sic)
20 Forsyth Av Yarmouth 02664
&
Cape Way Patrol Protective Service

South Dennis MA 02660
(508) 398-2753

Jurisdiction
4. A) Race Discrimination
   B) Disability Discrimination
   C) Origin Discrimination
   D) Retaliation

5. I Sheila m Travees-sheik request Tolling do to my Disability and hardship

6. I Sheila m Travers worked for Habit Management (sic) who hired a Security Guard name Wocin from Cape Way Patrol Protective Service who discriminated against me because of my color and race inform a client that he wanted to do harm to me.

7. This Case is a continuation of Habit Management Institute (sic)

Sheila m Travers-sheik
7 Jonathan Lane
P.O. Box 743
East Falmouth MA 02536
(508) 540-2893