*Document Electronically Filed*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
SHEILA MAE TRAVERS-SHEIK,           )
                                                    )
                    Plaintiff,                     )
                                                    )        C.A. No. 05-11631 GAO
v.                                                  )
                                                    )
HABIT MANAGEMENT INSTITUTE (sic),   )
                                                    )
                    Defendant                   )
_____)

**DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER AND
EXTEND DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS**

Defendant Habit Management, Inc. ("Defendant" or "HMI") hereby moves this

Honorable Court to amend the Scheduling Order and extend the discovery and dispositive

motion deadlines. HMI hereby requests that the Court extend the discovery deadline to

June 1, 2007, and the deadline for filing dispositive motions to July 15, 2007. As

grounds for this Motion, HMI states as follows:

1.      On April 20, 2006, the Court presided over a Scheduling Conference in

which the following deadlines, among others, were set:

        a.      Discovery was to be completed by December 1, 2006;

        b.      Rule 56 Motions were to be filed no later than January 15, 2007.

2.      On June 9, 2006, HMI moved the Court to dismiss Plaintiff's Complaint.

3.      On September 14, 2006, HMI moved the Court to extend the discovery

deadline for 30 days after issuing its ruling on its Motion to Dismiss so HMI could take

the Plaintiff's Deposition. On September 15, 2006, the Court granted HMI's Motion for

Extension.

4.      On December 20, 2006, the Court granted, in part, HMI's Motion to Dismiss.

5.       HMI took Plaintiff's deposition on January 17, 2007.  During her deposition, Plaintiff identified several percipient witnesses and, for the first time, provided information about the nature of their potential testimony.  Plaintiff also identified, for the first time, clinicians who had allegedly treated her for depression both during and subsequent to her employment at HMI.

6.      As a result of the information provided by Plaintiff during her deposition, HMI requires more time to investigate Plaintiff's claims, take additional discovery and clarify the factual record.

7.      Neither party will be prejudiced by the extension of deadlines.  HMI further believes that extending the deadlines will provide the parties an opportunity to explore the possibility of mediating Plaintiff's claims pursuant to the Court's ADR mechanism.

8.      HMI has attempted on multiple occasions, through counsel, to confer with Plaintiff prior to making this Motion, but Plaintiff's voice-mailbox is full and will not accept any additional messages.

WHEREFORE, HMI respectfully requests that the Court grant this Motion and reset the following new deadlines:

a.  Discovery Deadline: June 1, 2007;

b.  Deadline for filing Dispositive Motions: July 15, 2007.

Respectfully submitted,

HABIT MANAGEMENT, INC.

By its attorneys,

/s/ David M. Jaffe
Jennifer C. Tucker (BBO #547944)
Anita M. Polli (BBO #552567)
David M. Jaffe (BBO #641610)
Littler Mendelson PC
One International Place
Suite 2700
Boston, MA  02110
Dated: February 6, 2007          (617) 378-6000


## Certificate of Service

I, David M. Jaffe, hereby certify that I delivered a copy of this electronically filed Motion to Extend Deadlines for Discovery and Dispositive Motions by certified mail on February 6, 2007, postage pre-paid, to Sheila Mae Travers-Sheik, P.O. Box 743, East Falmouth, MA 02536.

/s/David M. Jaffe
David M. Jaffe

Firmwide:82001954.1 050742.1002