UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHEILA MAE TRAVERS-SHEIK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HABIT MANAGEMENT INSTITUTE (sic), )<br>)<br>Defendant ) | C.A. No. 05-11631 GAO |

## DEFENDANT'S FIRST SUPPLEMENTAL FED. R. CIV. P. 26(E) DISCLOSURES

Defendant Habit Management, Inc. ("HMI" or "Defendant") (misidentified in the caption as "Habit Management Institute") hereby supplements its initial disclosures pursuant to Fed. R. Civ. P. 26(e):

(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

| Name | Address and Phone Number | Subjects of Information |
|---|---|---|
| 1. Linda Fraunfelter | (330) 882-6998 | Plaintiff's job performance; Plaintiff's job responsibilities; Defendant's reasons for change of Plaintiff's job title; Defendant's reasons for change of Plaintiff's hours; Plaintiff's resignation. |
| 2. Arthur Eisner | Habit Management, Inc.<br>20 Forsyth Ave.<br>Yarmouth, MA 02664<br>(508) 398-5155 | Plaintiff's allegation that he made discriminatory remarks to her. |
| 3. Daniel O'Leary | Habit Management, Inc.<br>20 Forsyth Ave.<br>Yarmouth, MA 02664<br>(508) 398-5155 | Defendant's internal policies regarding job restructuring. |

| | | |
|---|---|---|
| 4. Nicholas Mazzoni | Habit Management, Inc. 20 Forsyth Ave. Yarmouth, MA 02664 (508) 398-5155 | Plaintiff's job performance; Plaintiff's job responsibilities; Defendant's reasons for change of Plaintiff's job title; Defendant's reasons for change of Plaintiff's hours; Defendant's investigation of Plaintiff's internal complaint; Plaintiff's resignation. |
| 5. Patricia Champ | Habit Management, Inc. 20 Forsyth Ave. Yarmouth, MA 02664 (508) 398-5155 | Plaintiff's resignation. |
| 6. Janet Police | Unknown | Plaintiff's job performance; Plaintiff's job responsibilities. |
| 6. Plaintiff | 7 Jonathan Lane P.O. Box 743, East Falmouth, MA 02536 | |

(B)   A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

    1.    Plaintiff's Personnel Records (HMI);

    2.    Defendant's 2002 EEO-1 Report (HMI);

    3.    Documents that reflect, refer or relate to Habit Management's re-classification of its employees' job responsibilities from 2001-2002 (HMI);

    4.    Documents that reflect, refer or relate to changes in hours to any employee at Habit Management's Yarmouth, Massachusetts facility from 2001-2002 (HMI); and

    5.    Any documents relevant to rebuttal.

(C)   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other

evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of injuries suffered.

    Not applicable.

(D)    For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    Not applicable.

Respectfully submitted,

HABIT MANAGEMENT, INC.

By its attorneys,

/s/ David M. Jaffe
Jennifer C. Tucker (BBO #547944)
Anita M. Polli (BBO #552567)
David M. Jaffe (BBO #641610)
Littler Mendelson PC
One International Place
Suite 2700
Boston, MA 02110
(617) 378-6000

Date: June 1, 2007

## Certificate of Service

I, David M. Jaffe, hereby certify that I delivered a copy of this electronically filed Supplemental Disclosures by certified mail on June 1, 2007, postage pre-paid, to Sheila Mae Travers-Sheik, 7 Jonathan Lane, P.O. Box 743, East Falmouth, MA 02536.

/s/ David M. Jaffe
David M. Jaffe

Firmwide:82552702.1 050742.1002