UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA MAE TRAVERS-SHEIK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HABIT MANAGEMENT INSTITUTE (sic), )<br>)<br>Defendant ) | C.A. No. 05-11631 GAO |

**DEFENDANT HABIT MANAGEMENT, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Habit Management, Inc. ("Defendant" or "HMI")[1] hereby moves this Honorable Court for summary judgment on all claims of discrimination and retaliation asserted against it by Plaintiff Sheila Mae Travers-Sheik ("Plaintiff" or "Travers-Sheik"). In support of its Motion, HMI hereby submits its Memorandum of Law and Local Rule 56.1 Statement of Undisputed Material Facts with attachments, including a Local Rule 7.1 Certification.

---

[1] Plaintiff has misidentified HMI in the caption of this matter as "Habit Management Institute."

        Respectfully submitted,

        HABIT MANAGEMENT, INC.

        By its attorneys,

        /s/ David M. Jaffe
        Jennifer C. Tucker (BBO #547944)
        Anita M. Polli (BBO #552567)
        David M. Jaffe (BBO #641610)
        Littler Mendelson, PC
        One International Place, Suite 2700
        Boston, MA  02110
        (617) 378-6000 (t)
        (617) 737-0052 (f)
        djaffe@littler.com

Dated: July 13, 2007

## CERTIFICATE OF SERVICE

I, David M. Jaffe, hereby certify that on this 13th day of July, 2007, the foregoing Motion for Summary Judgment was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to parties as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

        /s/ David M. Jaffe
        David M. Jaffe

Firmwide:82772366.1 050742.1002