Sheila MAE TRAVERS- Sheik

Plaintiff

FILED
IN CLERKS OFFICE

2007 SEP 28 A 11:40

C. A. No. 05-11631 GAO

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

Habit Management Institute (SIC)

Defendant

Motion for extension of time to respond to the defendant, Motion of Summary Judgement

Why: Because I didn't receive the copy of document, Defence Counsil 35 exhibit.

From

Sheila M TRAVERS - Sheik