UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
SHEILA MAE TRAVERS-SHEIK,                    )
                                            )
                    Plaintiff,               )
                                            )        C.A. No. 05-11631 GAO
v.                                           )
                                            )
HABIT MANAGEMENT INSTITUTE (sic),            )
                                            )
                    Defendant                )
_____)

**DEFENDANT HABIT MANAGEMENT, INC.'S MOTION FOR RECONSIDERATION
AND OPPOSITION TO PLAINTIFF'S MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Habit Management, Inc. ("Defendant" or "HMI")[1] hereby moves this

Honorable Court to reconsider its order and deny Plaintiff Sheila Mae Travers-Sheik's

("Plaintiff" or "Travers-Sheik") Motion for an Enlargement of Time to Respond to HMI's

Motion for Summary Judgment ("Plaintiff's Motion").  In support of its Motion and Opposition,[2]

HMI relies upon its Memorandum of Law with attached Affidavit of David M. Jaffe, filed

herewith.

---

[1] Plaintiff has misidentified HMI in the caption of this matter as "Habit Management Institute."

[2] Because HMI considers this pleading to be an opposition, it is not required to confer pursuant to Local Rule 7.1.

Respectfully submitted,

HABIT MANAGEMENT, INC.

By its attorneys,

/s/ David M. Jaffe_____
Anita M. Polli (BBO #552567)
David M. Jaffe (BBO #641610)
Littler Mendelson, PC
One International Place, Suite 2700
Boston, MA  02110
(617) 378-6000 (t)
(617) 737-0052 (f)
djaffe@littler.com

Dated:  October 9, 2007

## CERTIFICATE OF SERVICE

I, David M. Jaffe, hereby certify that I delivered a copy of this electronically filed Motion for Reconsideration and Opposition to Plaintiff's Motion for an Enlargement of Time to Respond to Defendant's Motion for Summary Judgment, with attached exhibits, by certified mail, return receipt requested, on October 9, 2007, postage pre-paid, to Sheila Mae Travers-Sheik, 7 Jonathan Lane, P.O. Box 743, East Falmouth, MA 02536.

/s/ David M. Jaffe_____
David M. Jaffe