UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACSETTS

FILED
IN CLERKS OFFICE

2007 OCT 15 P 2: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHEILA MAE TRAVERS-SHEIK

Plaintiff

C.A. No. 05-11631 GAO

V.

HABIT MANAGEMENT INSTITUE (sic).

Defendant

PLAINTIFF'S REQUEST ON MOTION TO EXTEND TIME ON HER CASE AGAINST HABIT MANAGEMENT INSTITUTUE (sic).

Plaintiff Sheila Mae Travers-Sheik's ask for prayer to extend her case Against Habit Management Institute, unfortunately she didn't receive a "copy of the document," and she would like to full fill her claim against Habit Management Institute. The Court should consider its order and allow Plaintiff's Motion because Plaintiff sole justification for her Motion (that she never received HMI's Motion for Summary Judgment) is simply true. The Court should consider its order and except Plaintiff Motion.

Plaintiff Sheila Mae Travers who was discriminated, abused, and retaliated and unfortunately Sheila Mae Travers-Sheik fell into a deep deep depression by Habit Management Institute (sic) and deny her from completing her claim against Habit Management would be detrimental to her, please have prayer for Sheila Mae

**Travers-Sheik to continue her claim against Habit Management Institute (sic)**

1. **Procedural History**

**On January 17, 2007 HMI took Plaintiff's for deposition and completed.**

2. **Time Frame**

90 days in extension

**Respectfully submitted,**

**Sheila Mae Travers-Sheik**

**Pro se**

*Sheila MAE Travers - Sheik*