UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11631-GAO

SHEILA MAE TRAVERS-SHEIK,
Plaintiff

v.

HABIT MANAGEMENT, INC.,
Defendant

ORDER
March 12, 2008

O'TOOLE, D.J.

The defendant, Habit Management, Inc., moved for summary judgment pursuant to Fed. R. Civ. P. 56 on all claims on July 13, 2007. The plaintiff's motion for an extension of time to oppose the motion was granted, and her opposition was due by October 15, 2007. On October 15, 2007 the plaintiff submitted a letter which I construed as a motion for a further extension of time and it was denied. No opposition having been filed, after review of the defendant's moving papers I conclude that the defendant's motion for summary judgment (dkt. no. 25) ought to be, and it hereby is, GRANTED substantially for the reasons set forth in the defendant's papers. Judgment shall enter accordingly.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge