UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHEILA MAE TRAVERS-SHEIK
        Plaintiff(s)

v.                                    CIVIL ACTION NO.  05-11631-GAO

HABIT MANAGEMENT, INC
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE   , D.J.

**IT IS  ORDERED AND ADJUDGED**

      **Pursuant to the court's Order, dated 3/12/08, the defendant's motion for summary judgment (dkt. No. 25) ought to be, and it hereby is, GRANTED substantially for the reasons set forth in the defendant's papers.  Judgment shall enter accordingly.**

                                              SARAH A. THORNTON,
                                            CLERK OF COURT

Dated: 3/12/08                              By    /s/ Paul Lyness
                                                         Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)